IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



KENNETH A. BATTLE,      )
                        )
        Plaintiff,      )
                        )
    v.                  )
                        )   1:21-cv-692
MERCEDES T. FORDHAM,    )
JOSHUA C. DENNIS, SERGEANT )
WILLIAMS, OFFICER WATSON, )
OFFICER TUPPER, OFFICER )
ANDRUFSKI, OFFICER MOUA, )
JAMES R. LEECH, JEANETTE M. )
ROBINSON, ERIK A. HOOKS, )
and DR. KAREN STEINOUR, )
                        )
        Defendants.     )

## ORDER

On August 23, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 36, 37.) No objections were filed within the time prescribed by Section 636. Consequently, because of Plaintiff's failure to comply with the Court's August 23, 2023, Order, the United States Magistrate Judge filed a subsequent Recommendation ("Recommendation") on November 1, 2023, which was also served with notice on the parties pursuant to 28 U.S.C. § 636. (Docs. 38, 39.) Again, no objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Order and Recommendation, (Doc. 36), and subsequent Recommendation, (Doc. 38), are adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Order and Recommendation, (Doc. 36), is **ADOPTED**. **IT IS FURTHER ORDERED** that Defendants Tyler Andrufski, Joshua Dennis, Mercedes Fordham, Erik Hooks, Jeannette Robinson, and Linda Williams' Motion for Summary Judgment, (Doc. 28), is **GRANTED**, and all claims against Defendants Andrufski, Dennis, Fordham, Hooks, Robinson, and Williams are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's subsequent Recommendation, (Doc. 38), is **ADOPTED**, and the claims against Defendants James R. Leech, Officer Moua, Dr. Karen Steinour, Officer Tupper, and Officer Watson are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b), and that this case is hereby **DISMISSED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8 day of January, 2024.

William L. Osteen, Jr.
United States District Judge